**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DOMINICK W. ANDREWS,

    Plaintiff,

vs.                                                  CASE NO. 3:12-cv-13-J-25TEM

THE UNITED STATES OF AMERICA,
et al.,

    Defendants.
_____

## **O R D E R**

It has come to the Court's attention that Plaintiff filed a Motion for Clerk's Default Against Four Defendants, Atlantic County, the New Jersey State Police, the Atlantic County Sheriff, the Atlantic County Prosecutors (Doc. #6, Motion for Clerk's Default) on January 31, 2012. However, review of the record reveals three of the four named Defendants have entered an appearance and seek dismissal of this action and service upon the fourth named Defendant, the New Jersey State Police, does not appear to be in accordance with Rule 4 of the Federal Rules of Civil Procedure.

    Rule 4 provides in pertinent part:

    Serving a Foreign, State, or Local Government.
    (1) Foreign State. A foreign state or its political subdivision, agency, or instrumentality must be served in accordance with 28 U.S.C. § 1608.
    (2) State or Local Government. A state, a municipal corporation, or any other state-created governmental organization that is subject to suit must be served by: (A) delivering a copy of the summons and of the complaint to its chief executive officer; or (B) serving a copy of each in the manner prescribed by that state's law for serving a summons or like process on such a defendant.

Fed. R. Civ. P. 4(j).

New Jersey Court Rules provide that service of process may be effected upon the State of New Jersey,

> by registered, certified or ordinary mail of a copy of the summons and complaint or by personal delivery of a copy of the summons and complaint to the Attorney General or to the Attorney General's designee named in a writing filed with the Clerk of the Superior Court. No default shall be entered for failure to appear unless personal service has been made under this paragraph.

New Jersey Court Rule 4:4-4(7). Here, there is no indication Plaintiff attempted personal service upon the state agency. Therefore, without more, default shall not enter against the New Jersey State Police.

Thus, in light of the appearance and Motion to Dismiss of Defendants Atlantic County, Atlantic County Prosecutor and Atlantic County Sheriffs, and the defective service attempt on the New Jersey State Police, the Motion for Clerk's Default (Doc. #6) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida this 2nd day of February, 2012.

Copies to:
All Counsel of Record
*Pro Se* Parties

*[signature]*
**THOMAS E. MORRIS**
United States Magistrate Judge